# EXHIBIT 1

```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF OKLAHOMA


LAZY S RANCH PROPERTIES,        )
LLC, an Oklahoma Limited        )
Liability Company,              )
                                )
        Plaintiff,               )
v.                              )
                                )
VALERO TERMINATING AND          ) Case No. CIV-19-425-RAW
DISTRIBUTION COMPANY;           )
VALERO PARTNERS OPERATING       )
CO. LLC; and VALERO             )
PARTNERS WYNNEWOOD, LLC,        )
                                )
        Defendants.              )




            VIDEO DEPOSITION OF BRUCE BROOKMAN

            TAKEN ON BEHALF OF THE PLAINTIFF

            IN OKLAHOMA CITY, OKLAHOMA

                 ON MAY 2, 2022










       REPORTED BY JILL TUCKER SHAW, CSR #1459
```

Page 170
1  sample at the Lazy S Ranch?
2      A.  Would you repeat that, please?
3      Q.  Did you ever see anyone from Valero take a
4  sample at the Lazy S Ranch?
5      A.  Yes.
6      Q.  Who?
7      A.  Me.
8      Q.  Other than you.
9      A.  I don't recall.
10     Q.  You don't recall?
11     A.  No, sir.
12     Q.  And I -- and my question includes anybody
13 like a consultant or a representative for Valero.
14         Do you remember ever seeing a consultant or
15 even a representative from Valero taking a sample?
16     A.  I don't recall.  I remember me, but --
17     Q.  Well, do you remember when Mr. --
18 Mr. Jantzen and I met you out there at the ranch
19 probably September or October of last year and we
20 took a walk around the ranch with --
21     A.  Oh, we met at the headquarters?  Yes, sir.
22     Q.  Yes, sir.  Did any of Valero's consultants
23 take a sample that day?
24     A.  I can't recall that.  I was just there,
25 because you informed me that just to show everybody

Page 171
1  where to go.  That's all I paid attention to.
2      Q.  You don't recall seeing anybody taking a
3  sample, do you?
4      A.  No, sir.
5      Q.  Since the time you worked on this pipeline,
6  do you recall any incident where somebody got killed
7  working on this pipeline?
8      A.  Since the time that I worked on this
9  pipeline, do I recall anytime that somebody's got
10 killed on this pipeline?
11     Q.  Yes, sir.
12         MR. JANTZEN:  Object to the form.
13         You can answer.
14         THE WITNESS:  Okay.  No.
15     Q.  (BY MR. PAGE) Do you recall any incident
16 where someone was exposed to liquid nitrogen?
17         MR. JANTZEN:  Object to form.
18         THE WITNESS:  Since my watch period since
19 2006, no, sir.
20     Q.  (BY MR. PAGE) Okay.  Do you recall -- the
21 ranch that's to the north of the Lazy S Ranch, that's
22 the Chapman Coffey Ranch --
23     A.  Yes, sir.
24     Q.  -- right?  Do you recall any fires in a
25 cedar forest on that ranch near the pipeline?

Page 172
1      A.  Do I remember any fires on that ranch?
2      Q.  Yes, near the pipeline.
3      A.  Yes.
4      Q.  Tell me about that.
5          MR. JANTZEN:  Object to form.
6          Do you have a question you want to ask him
7  about it?
8          MR. PAGE:  Yeah, I just asked him about it.
9          MR. JANTZEN:  Well, tell me about it isn't a
10 question.  Do you have a question about it?
11     Q.  (BY MR. PAGE) Can you tell me about it?
12         MR. JANTZEN:  Do you have a specific
13 question about it?
14         MR. PAGE:  What's your objection, Stephen?
15         MR. JANTZEN:  It's a vague question.
16         MR. PAGE:  Okay.  I -- objection noted.
17     Q.  (BY MR. PAGE) Can you answer the question?
18         MR. JANTZEN:  It's a vague question.
19     Q.  (BY MR. PAGE) Mr. Brookman, can you tell me
20 about the fire near the pipeline on the Chapman
21 Ranch?  Yes or no?
22     A.  What I'm going to say is a lot of ranches in
23 the area burn off to make their grass grow.
24     Q.  Uh-huh.
25     A.  There's yards that take place that do that.

Page 173
1      Q.  Uh-huh.
2      A.  So there could have been something like that
3  take place there.  There could have been somewhere
4  else take place.  Where that takes place and happened
5  where people burn --
6          MR. JANTZEN:  I don't -- I don't know if
7  you're asking about the source of the fire or how --
8  how big --
9          THE WITNESS:  I mean, I don't know.
10         MR. JANTZEN:  -- it was --
11         THE WITNESS:  Did I ever -- have I seen or
12 watched?  I've seen --
13         MR. JANTZEN:  -- how tall it was --
14         THE WITNESS:  -- smoke around.
15         MR. JANTZEN:  -- how hot it was.  I mean,
16 what are you asking, David?  What color it was?
17     Q.  (BY MR. PAGE) Do you understand the
18 question, Mr. Brookman?
19     A.  Have I ever seen a fire on the Chapman
20 Ranch?
21     Q.  Near the pipeline right-of-way or on the
22 pipe --
23     A.  I've seen smoke coming off the pastures.
24 That's a big ranch back in there.
25     Q.  Have you ever seen a fire in the cedar

LAZY S RANCH PROPERTIES vs VALERO TERMINATING AND DISTRIBUTION
Bruce Brookman 05/02/2022                                         Pages 174..177

Page 174

1  forest on the right-of-way on the Chapman Ranch?
2      A.  I have not been in there and actually seen
3  when a fire was burning on the right-of-way.
4      Q.  Have you seen the charred trees that turned
5  on the right-of-way on the Chapman Coffey Ranch?
6      A.  I've seen charred right-of-way and pasture.
7      Q.  Okay.  And did you investigate the cause of
8  that fire?
9      A.  Investigate as far as ask questions?
10     Q.  Yes.
11     A.  Sure.
12     Q.  What did you find out?
13     A.  Pastureland was being burned off.  It was
14 the time of year where people burn pastures to make
15 their grass grow greener and thicker.
16     Q.  Okay.  And was that a problem that they're
17 burning pasture on your right-of-way?
18     A.  It's something that we wouldn't allow if you
19 were to come and ask me can I burn this off.
20     Q.  And why is that?
21     A.  Whatever pipeline's in an area in general
22 form, something could be combustion in the area.
23     Q.  Did you talk to the landowner or the person
24 that occupied the land about whether or not they were
25 of the opinion that releases from the pipeline

Page 175

1  exacerbated that fire?  Made it worse?
2      A.  I need you to explain that again.
3          Are you saying that something off a pipeline
4  made a fire worse or are you just saying a pasture
5  burned?  I'm not understanding what you're asking me.
6      Q.  I'm asking about the former.  Did you talk
7  to the owner/occupier of the property to determine
8  whether or not the pipeline that runs across the
9  Chapman Coffey Ranch contributed to the fire in the
10 burned area on the right-of-way that you witnessed?
11     A.  I've never heard that.
12     Q.  You have never heard that?
13     A.  No, sir.  I've seen pasture burned land, but
14 it was after the fact.  And the reason you see that
15 is because you ride your right-of-way to see
16 what happened.  Someone can investigate it and find
17 out via through whoever that they were burning
18 pastures off whether it here, there, this and that.
19 But as far as a fire on a pipeline?  No, sir.
20     Q.  Or a fire that was stoked by releases of
21 product from that pipeline to the surface --
22     A.  No, sir.  I don't know --
23         MR. JANTZEN:  Hold on.
24         THE WITNESS:  -- what we're talking about.
25         MR. JANTZEN:  Object to form.

Page 176

1          THE WITNESS:  No, sir, I never heard that.
2      Q.  (BY MR. PAGE) When you found on the Coffey
3  Ranch that they burned a cedar forest on the
4  right-of-way, what did you tell them?
5      A.  What did we talk about?
6      Q.  Yes.
7      A.  This is away from what you just discussed.
8  We were just talking --
9      Q.  Right.
10     A.  -- about a pasture that's burned; correct?
11     Q.  A cedar forest --
12     A.  Well, I don't know what part to call the
13 cedar forest in there.
14     Q.  If it was on your right-of-way, you
15 would know if there's any cedar trees on the
16 right-of-way; right?
17     A.  No, not many, because we right-of-way our
18 right-of-way out, sir.
19     Q.  Okay.  So adjacent to your right-of-way --
20     A.  Okay.
21     Q.  -- did you ever discuss with them about the
22 cedar forest being burned close to the right-of-way?
23     A.  When I had discussed before, whomever the
24 individual was that you have pipeline markers, visual
25 pipeline markers, to know your right-of-way, you can

Page 177

1  see cleared out, but you have markers that you put on
2  the pipeline.  And it had markers that it got hot and
3  melted them.  So that's something that you have to
4  replace if it's -- they're damaged.
5      Q.  And did you find pipeline markers on the
6  Coffey Chapman Ranch that were melted?
7      A.  I wasn't there when it's burning, but I've
8  seen some that had been bent over or maybe from
9  heat --
10     Q.  Okay.
11     A.  -- it got them.
12     Q.  So you saw -- you didn't see the actual fire
13 by those markers, but you saw what you thought might
14 have affected those markers, because they're bent
15 over; right?
16     A.  Yes, sir, in my opinion.
17     Q.  Okay.  Did you talk to the Chapman Coffey
18 people about that?
19     A.  I had talked to somebody in the past, but
20 there's several different names.  I don't recall who
21 I talked to.  Just communicating to them that that's
22 pipeline markers, you know, and that's property.
23     Q.  That...
24     A.  Could be damaged.
25     Q.  Okay.  It was damaged.  It was -- it was