# Exhibit "B"

STATE OF OKLAHOMA

KNOW ALL MEN BY THESE PRESENTS:

COUNTY OF Carter

That for and in consideration of _Four Thousand Twenty Four_ ($ 4024 00 ) Dollars to the undersigned (herein styled Grantors, whether one or more), in hand paid, the receipt of which is hereby acknowledged, the said Grantors do hereby grant, bargain, sell, convey and warrant unto Vickers Pipeline Co., Inc., a Delaware corporation (herein styled Grantee), its successors and assigns, a right-of-way and easement, at any time and from time to time, to construct, lay, maintain, operate, inspect, alter, repair, remove, relocate, change the size of, and replace a pipeline ~~or pipelines~~ and all appurtenances, equipment, and facilities, whether above ground or below ground, useful or incident to the operation, maintenance or protection thereof, including but not limited to fittings, tieovers, valves, corrosion control equipment and other apparatus, for the transportation of oil, gas, petroleum products or any other liquids, gases, or substances which can be transported through pipelines, the Grantee to have the right to select, change, or alter the route before construction under, upon, over and through lands which the undersigned owns or in which the undersigned has an interest, situated in the County of _Carter_ State of Oklahoma, described as follows:

The W2 Section 20; the W2 Section 29; the E2 Section 19; the E2 Section 30;
the E2 Section 31, all in Township 2 South, Range 2 East

Grantors further grant, bargain, sell, convey and warrant to Grantee the right to lay, construct, maintain, operate, inspect, alter, repair, remove, ~~relocate, change the size of~~, and replace at any time and from time to time one ~~or more additional lines of pipe and appurtenances~~, equipment, and facilities, whether above ground or below ground, useful or incident to the operation, maintenance or protection thereof, as described above, on the described premises, ~~said additional pipe or lines~~ and appurtenances, equipment and facilities shall be constructed and laid as nearly parallel and as close as practicable to the first pipeline installed hereunder; provided, however, that for each additional line, including its appurtenances, equipment and facilities, laid after the first line, Grantee shall pay Grantors, their heirs or assigns, in proportion to Grantors' respective interests One Dollar ($1) per lineal rod ~~of additional pipeline laid under, upon, over or through said above described premises.~~

TO HAVE AND TO HOLD unto Grantee, its successors and assigns forever or until released by recordable instrument, together with ingress and egress from the premises, on, over, across, and through said premises and any adjoining land of Grantors, for the purposes herein granted. The rights herein granted may be assigned in whole or in part.

The said Grantors are to fully use and enjoy the said premises, except for the purposes granted to the said Grantee and provided the said Grantors shall not construct nor permit to be constructed any house, structures or obstructions on or over, or that will interfere with the construction, maintenance or operation of, any pipeline, appurtenances, equipment or facilities constructed hereunder, and will not change the grade over such pipeline.

Grantee hereby agrees to bury any pipeline (exclusive of appurtenances, equipment or facilities customarily located above ground) to a sufficient depth so as not to interfere with cultivation of the soil after construction thereof, and agrees to pay such damages which may arise to growing crops, timber, or fences from the construction of said lines, appurtenances, equipment or facilities and to pay such damages which may arise to growing annual crops or fences from the maintenance, alteration, repair, removal, ~~relocation, change of the size~~, or replacement thereof; provided, however, that Grantee shall have the right from time to time to cut and keep clear all trees, undergrowth, brush, and other obstructions that may injure, endanger or interfere with the use of any pipeline, appurtenance, equipment or facilities that have been constructed pursuant to the terms of this instrument

Any payment due hereunder may be delivered to Grantors or any one of them, or to _____ who is hereby appointed agent and authorized to receive and receipt for the same, and shall be considered made when the check of Grantee therefor is mailed to Grantors at _____ or to said agent at _____

The Grantors represent that the above described land is rented to _not rented_ until _____ 19____ .

THIS INSTRUMENT CONTAINS ALL OF THE PROMISES, TERMS AND PROVISIONS OF THE AGREEMENTS MADE BY THE PARTIES HERETO, AND IT IS HEREBY UNDERSTOOD THAT THE PERSON SECURING THIS GRANT IN BEHALF OF GRANTEE IS WITHOUT AUTHORITY TO MAKE ANY COVENANT OR AGREEMENT NOT HEREIN EXPRESSED.

IN WITNESS HEREOF, the Grantors have executed this conveyance this 26th day of March 19 75 .

R/W 50' in width

_Jon Markham_
_Mary Brooke Markham_

WITNESSES:

_Orville L. York_

RECORDED

APR 9 11 09 AM '75

BOOK 72½ PAGE 271
FLORENCE G. JONES
COUNTY CLERK
CARTER CO., OKLA.
_Jeanne B. Jones_

72... PAGE 272

4d05c6374dc9bfe4 Document 272-3 Filed in EDOK on 10/27/22 Page 3 of 3

STATE OF ~~OKLAHOMA~~ TEXAS
COUNTY OF LUBBOCK } ss

INDIVIDUAL
ACKNOWLEDGMENT

Before me, the undersigned, a Notary Public within and for said County and State, on this 26th day of March 19 75 , personally appeared JACK MARKHAM and wife, MARY BOONE MARKHAM

to me personally known to be the identical person S who executed the within and foregoing instrument and acknowledged to me that they executed the same as their free and voluntary act and deed for the uses and purposes therein set forth.

In Witness Whereof, I have hereunto set my hand and official seal on the day and year last above written.

My commission expires:
June 1, 1975

Lorene Cunningham
Notary Public in and for the State of Oklahoma

(Lorene Cunningham)


STATE OF OKLAHOMA
COUNTY OF _____ } ss

INDIVIDUAL
ACKNOWLEDGMENT

Before me, the undersigned, a Notary Public within and for said County and State, on this_____day of_____ 19____, personally appeared _____

to me personally known to be the identical person____who executed the within and foregoing instrument and acknowledged to me that_____ executed the same as_____ free and voluntary act and deed for the uses and purposes therein set forth.

In Witness Whereof, I have hereunto set my hand and official seal on the day and year last above written.

My commission expires:

Notary Public in and for the State of Oklahoma


2997

GRANT OF EASEMENT

FROM

TO

VICKERS PIPELINE CO., INC.

Dated_____ 19___

Section_____ Township_____ Range_____

County_____

STATE OF OKLAHOMA
COUNTY OF_____ } ss

This instrument was filed for record on the _____ day of _____ 19___

at _____ o'clock _____ M., and duly recorded in

Book_____ Page_____ of the records of this office

County Clerk Register of Deeds

By_____ Deputy

Daniel Wilson
Butler Ass'n.
4915 S. Harvard, Jenks


STATE OF OKLAHOMA
COUNTY OF _____ } ss

CORPORATE
ACKNOWLEDGMENT

On this_____day of_____, A.D., 19____, before me, the undersigned, a Notary Public in and for the county and state aforesaid, personally appeared _____

to me known to be the identical person who signed the name of the maker thereof to the within and foregoing instrument as its _____ President and acknowledged to me that_____ executed the same as_____ free and voluntary act and deed, and as the free and voluntary act and deed of said corporation, for the uses and purposes therein set forth.

Given under my hand and seal the day and year last above written.

My commission expires_____

NOTARY PUBLIC