Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Exhibit 17

LAZY S. RANCH PROPERTIES,            )
LLC, an Oklahoma limited             )
liability company,                   )
                                     )
            Plaintiff,               )
                                     )
-vs-                                 )   CASE NO. 19-cv-425-JWB
                                     )
VALERO TERMINALING AND               )
DISTRIBUTION COMPANY;                )
VALERO PARTNERS OPERATING CO.,       )
LLC; and VALERO PARTNERS             )
WYNNEWOOD, LLC,                      )
                                     )
            Defendants.              )


DEPOSITION OF

KENNETH F. EDE, Ph.D., CHMM

TAKEN ON BEHALF OF THE DEFENDANTS

TULSA, OKLAHOMA

ON AUGUST 26, 2022




REPORTED BY:   TRENA K. BLOYE, CSR



Page 66

1  originates, fingerprint is more of the process of where
2  the peaks are determine its fingerprint.
3      Q  Okay.  So --
4      A  And the above graph there you can see between
5  C2 and C30, it's where those peaks are, the intensity of
6  the peaks and where they are located.
7      Q  Okay.  So this is probably a good time.  Let's
8  just look at your next page and let me see if I can
9  summarize what you just said, or understand what you
10 just said.  So when you say when you think of
11 fingerprinting and where the hydrocarbon residue
12 originated, you're looking at these peaks like we see
13 here in the middle of the page?
14     A  Right.
15     Q  And you're saying that that helps tell you what
16 type of hydrocarbon residue you're looking at?
17     A  Exactly.  Not just one peak.  It is all the
18 peaks.  It is their intensity.  And on the X axis, that
19 is time on the X axis.  So when you inject on the
20 left-hand portion, that's two minutes, and to the right
21 it looks like 38 minutes.
22        So you can imagine the longer chain molecules
23 it takes -- in the gas chromatogram, most --
24 chromatography, the column is about a football field.
25 It's about a hundred yards.  So you can imagine these

Page 67

1  molecules going through a hundred yards in a column.
2  The small molecules come out first.  The longer chain
3  molecules come out later on.  By this pattern, by the
4  intensity and where they are located, chemists can
5  determine what the material is.
6      Q  So this example we see on page 13 of the gas
7  chromatography, the peaks are in the middle, which leads
8  you to believe or allows you to conclude it's diesel.
9  Is that fair to say?
10     A  Yes.  Not only that, but the way the shape, the
11 shape of all the peaks put together.
12     Q  Okay.  So this is an example of what you would
13 characterize as fingerprinting because you can look at
14 the gas chromatography and decide what type of carbon
15 residue you think it is.  Is that fair to say?
16     A  Yes, sir.
17     Q  And this -- well, and the same thing would be
18 true.  On the next page you have a gasoline, standard
19 gas chromatography.  The distinction here is that the
20 peaks are at the far left, and so that would indicate to
21 you that its more of a gas -- or is a gasoline residue
22 than something like a diesel residue?
23     A  Yes, sir.
24     Q  So when you talk about the origination, or the
25 hydrocarbon origination is known as fingerprinting, that

Page 68

1  means trying to find out what type of hydrocarbon
2  residue you're looking at?
3      A  Yes, sir.
4      Q  Okay.  Does it in any way -- or does your
5  analysis have anything to do with the relative age of
6  the hydrocarbon residue?
7      A  By the gas chromatograms, chemists not only can
8  we tell you what the material is, but we can say how
9  fresh it is.
10     Q  And how does that happen?
11     A  The way it happens is this.  It's very
12 interesting in microorganisms.  When you think about a
13 microorganism, it doesn't have a mouth.  Think about it.
14 A microorganism has no mouth, so the only way it can
15 reproduce -- and the only way it can reproduce is to
16 feed.  So something must be water soluble, it has to be
17 solubilized, and through osmosis it obtains the food.
18        So if you have a smaller chain molecule it's
19 more -- generally more soluble than a long-chain
20 molecule.  Therefore, on biodegradation or weathering,
21 microorganisms, the smaller chain molecules are going to
22 be consumed first.  And once they are gone, then the
23 microorganisms will then continue to and try to eat the
24 longer chain molecules.
25        And what is so interesting, if you look at old

Page 69

1  runways from World War II that were asphalt, some of
2  them are still in existence.  And when you think about
3  it, that's just a very long chain molecule.  And people
4  say, How could they have lasted since World War II?
5         And the reason why they are is because
6  microorganisms, it's very difficult for a microorganism
7  to consume something like asphalt.
8      Q  Got it.
9      A  Yeah.
10     Q  So biodegradation can occur in aerobic
11 settings; right?
12     A  Both aerobic and anaerobic.
13     Q  So it occurs as a lower pace or a slower pace
14 in an anaerobic setting?
15     A  Yes, sir.
16     Q  Okay.  And let's think -- I'm going to give you
17 a hypothetical plume.  Let's say you find a plume at
18 American Airlines in the Tulsa maintenance plant.  It's
19 a big plume.  The center of the plume would biodegrade
20 at a lesser rate than the outer parts of the plume
21 because there is less biodegradation possible.  Is that
22 fair to say?
23         MR. PAGE:  Object to form.
24     A  If in the middle, as you said, it's highly
25 concentrated, and we call it LNAPL.  You actually have



Page 70

1  two phases.  And if you take oil and water as a prime
2  example on salad dressing, you can shake it up and shake
3  it and you put it back on the table, you get two phases.
4  It's the petroleum distillate or the oil that we're
5  going to be eating on top.
6      If it is so thick, you are absolutely correct,
7  the microorganism, it's too much for them.  It's
8  actually -- again, so what they do, as you said, in the
9  perimeter you will get more biodegradation.  And as
10 those molecules are consumed, then the microbes will go
11 toward the center.
12   Q  And that could be true for a plume either in an
13 anaerobic or setting or in an aerobic setting.  Is that
14 fair to say?
15   A  That is correct.
16   Q  The next sentence says, "This is accomplished
17 through the use of gases -- sorry.  I'm jumping around a
18 little bit.  "This is accomplished through the use of
19 gas chromatography to identify specific compounds
20 present in the environment" --
21      MR. PAGE:  Could you identify where you
22 are reading from, please?
23      MR. JOHNSON:  Sorry.  I jumped back to
24 page --
25      THE WITNESS:  Twelve.

Page 71

1      MR. JOHNSON: -- twelve.
2      MR. PAGE:  Thank you.
3   Q  (By Mr. Johnson) So I'm starting after the word
4  fingerprinting.  Actually, I'm just going to start
5  again.
6      You wrote, "This is accomplished through the
7  use of gas chromatography to identify specific compounds
8  present in the environment and the corresponding carbon
9  content in conjunction with what is known about the
10 source, use, and properties of these compounds."
11     And then that chromatography that you refer to
12 is specifically what we're looking at on pages 13, 14,
13 and 15; is that right?
14   A  Yes, sir.
15   Q  All right.  Next you talk about weathering.
16 You wrote the term, "Weathering describes physical,
17 chemical, and biological, biochemical changes that
18 affect hydrocarbons and alter the composition of
19 petroleum hydrocarbon mixtures after they are released
20 to the environment."
21     Okay.  So sounds sort of self-explanatory.  Let
22 me try to say it back to you a little different.
23 Wherever the hydrocarbons may be located, they can be
24 subject to weathering due to environmental conditions.
25 Is that fair to say?

Page 72

1   A  Yes, sir.
2   Q  Okay.  And the weathering can occur, I think we
3  will agree on this, the weathering can occur at
4  different rates depending on the location of the
5  hydrocarbon residue?
6   A  That's correct.
7   Q  So are there different rates of weathering,
8  say, on a, you know, on a hot highway that no one has
9  driven on, but somebody spilled some gas, versus, you
10 know, 50 feet underground in an aquifer?
11      MR. PAGE:  Object to the form.
12   Q  (By Mr. Johnson) Can there be different rates
13 of weathering?
14      MR. PAGE:  Same objection.
15   A  There can be different rates of weathering.
16   Q  (By Mr. Johnson) Okay.  And are there different
17 rates of weathering among atmospheric conditions,
18 aquatic conditions, and then in the soil?
19      MR. PAGE:  Object to the form.
20   A  Yes, sir.
21   Q  (By Mr. Johnson) Is it possible to know the
22 different rates of weathering in all those three types
23 of different conditions?  I mean, have there been
24 studies on that?
25   A  In that situation there have certainly been

Page 73

1  studies on -- and we do -- predominantly you will see it
2  in university laboratories.  They do this in test tubes,
3  and they develop half lives and those kinds of things.
4      However, there's a big difference of doing an
5  experiment with one milliliter in a test tube versus
6  outside, and sometimes it's difficult to correlate one
7  with the other.
8   Q  The reason is because that the lab studies have
9  sort of a perfect setting with the perfect micro and
10 macronutrients that don't necessarily exist in the
11 atmosphere or in the soil; right?
12   A  Exactly.
13   Q  Okay.  So the lab tests are -- I'm trying to
14 find the right word here -- they are, in some ways, an
15 ideal setting to measure weathering as opposed to trying
16 to do it out in nature.  Is that fair?
17      MR. PAGE:  Object to the form.
18   A  That is correct.
19   Q  (By Mr. Johnson) Okay.
20   A  And most laboratories are 75 degrees Farenheit.
21 And if you have been in Oklahoma for the last month it's
22 rare, it's been 75 degrees.
23   Q  That's true.
24   A  Yeah.
25   Q  Okay.  The next page is -- well, let me read



Page 74

from the bottom of 14 onto 15. "Referenced below is an exhibit from the Interstate Technology and Regulatory Council, ITRC, addressing petroleum weathering."
    First of all, what is the ITRC?
  A  It's an agency, federal agency that does a lot of research and a lot of publications.
  Q  Okay. And then you include this conceptual site model. Tell me -- I know there's a lot going on here, so I apologize for my broad question. But what does this diagram or chart -- diagram, I guess, what does this show?
  A  It shows to a certain extent as far as here is a pipeline. And this is from the ITRC. And you have a pipeline leaking. And what it's showing is sort of the phaeton (phonetic) transport of the materials, of the petroleum distillates --
  Q  Okay. Right below that you went on to say, "According to NOAA there are basically seven types of weathering of petroleum distillates," and then you list all seven. NOAA is also a government agency; right?
  A  -- yes, sir.
  Q  All right. So let's go through these types of weathering. The first is adsorption, sedimentation. What is that?
  A  Adsorption, any time you see A-D versus A-B,

Page 75

A-D means "attached onto." So that's what absorption means. One substance is attracted to and adheres to another substance without actually penetrating. So you have hydrocarbon materials absorbing, let's say, to a soil.
    And from that point, once they are retarded there, then you can have microbial action. All these sort of work together. It is interesting that when you have a spill of petroleum distillate, it isn't just one thing. It's all seven generally.
    Now, No. 7, photooxidation, obviously for groundwater that's not a big issue. You are not going to have No. 7, photooxidation. But on the surface water, if you have a petroleum distillate still on a lake or pond you certainly could get photooxidation.
  Q  Okay. I get what you're saying. But they generally work together or work in parallel or happen in parallel. Would the same be true for six? I mean, if you have a plume or contamination in soil, 50 feet underground or 10 feet underground or something, in an anaerobic setting there would be evaporation?
    MR. PAGE: Object to the form.
  A  It would be unusual, if you have groundwater and it's 60 or 80 feet below the surface, to see much evaporation.

Page 76

  Q  (By Mr. Page) What about in soil, though? There would not be evaporation?
    MR. PAGE: Object to the form. Ambiguous, "soil."
  A  If the soil was near the surface you certainly could get evaporation. But if you have soil, you know, 100 feet below the ground, no.
  Q  (By Mr. Johnson) Okay.
  A  Very, very little.
  Q  I'm on No. 5 now. What's emulsification?
  A  Sometimes -- here is a prime example. You can actually -- emulsification. We also have a co-solvent if you have more than one pollutant. And many times in industry they will use halogenated solvents for degreasing, and they also are in groundwater, and they have petroleum distillates also in the groundwater.
  Q  Okay. Number 3 is Distribution. It says, "The distribution of spilled oil into the upper layers of the water column by natural wave action or application of chemical disbursements." So let's do -- that's two things. Natural wave action is the water moving on its own; right?
  A  Right.
  Q  And it causes oil to rise to the upper layer?
  A  Right, and disburse.

Page 77

  Q  A little bit like the salad dressing, but that's different?
  A  But in the ocean when you have a lot of waves, you'll notice it starts in one place, and the, let's say an oil spill, and it eventually will disburse.
  Q  Okay. And then would that be true for, let's say, in an underwater groundwater setting as well potentially, that it could disburse?
  A  Oh, absolutely, absolutely.
  Q  All right. Application of chemical dispersants, tell me what that is.
  A  There are many they use on surface water that purposely do this, disburse the spill. You have a large oil spill, let say in the bay or the ocean, you want it as thin as possible there for microbial action. You get better microbial action the thinner the film.
  Q  And microbial action acts to eliminate the hydrocarbon --
  A  Consume it, actually consume it, use it for food.
  Q  All right. Biodegradation is No. 2.
  A  Yeah.
  Q  I mean, I think that's sort of what you're saying.
  A  Right. Again, these all work together.

20 (Pages 74 to 77)



MAGNA LEGAL SERVICES

Page 82

1  the maximum six months old, maybe three months, maybe
2  even earlier. So this petroleum distillate is not from
3  the 80s.
4      Q   So is it your estimate that the petroleum
5  distillate is no older than six months?
6      A   No older than six months, that's correct.
7      Q   And what is the basis for that?
8      A   The peaks. I think I have the --
9      Q   Are you talking about on 13 and 14 or are you
10 talking about 18 and 19?
11     A   Okay. Page 18.
12     Q   Okay.
13     A   And you can see here on the top one here and it
14 says L1 on top of page 18?
15     Q   Yeah.
16     A   Yeah. So look at approximately -- the very
17 first two inches to the left, do you see all those
18 hydrocarbons coming out? And if you look at the
19 gasoline standard, which is on page -- please go to page
20 14. Now, these are not the same scale, obviously, but
21 look at page 14. This is the gas standard.
22         You can see a lot of the same peaks. You can
23 also see, what is so interesting about this L1 -- and
24 Dr. Fisher took this sample -- it is a mixture of both
25 weathered diesel fuel and fresh diesel fuel, weathered

Page 83

1  gasoline and fresh gasoline. It's a mixture of all of
2  those. That's the interesting issue.
3      Q   And why do you say it's a mixture of all of
4  them?
5      A   Because of the shape of the peaks and where the
6  peaks are. Also, if you could go to page 19 and you go
7  to U1.
8      Q   Okay. Go on.
9      A   And the other interesting thing is here is --
10 actually, I should say page 19 on the bottom you see the
11 standard here and here is your gasoline here, here is
12 your diesel fuel here. Here is your sample right out of
13 the cave. So it's clear that this material here, you
14 have a mixture of fresh gasoline, weathered gasoline,
15 fresh diesel, and weathered diesel.
16     Q   Okay. So we talked earlier about the concept
17 that there could be insulation.
18     A   Insulation?
19     Q   Insulation. So the concept that the center of
20 the plume is insulated from --
21     A   Oh.
22     Q   -- the outer weathering impacts.
23     A   Yeah.
24     Q   All right. That is certainly a possibility
25 that could exist in this situation. Would you agree

Page 84

1  with me on that?
2          MR. PAGE: Object to the form.
3      A   If the pipeline is leaking to that extent that
4  we get an actual LNAPL, we get two layers way back in
5  the cave, you are correct. We are not going to get much
6  biodegradation back there. But as its flowing through
7  the cave and the water, we are going to get anaerobic
8  degradation, which is obviously the fastest.
9      Q   And if there were a plume from another source
10 that was LNAPL, you would also have insulation; correct?
11     A   If there was a pipeline that had gasoline and
12 diesel and was also leaking in the same cave, yes. But,
13 again, I have no evidence that there is another pipeline
14 on that land that has diesel and gasoline.
15     Q   I understand. So let's stick to the plume
16 concept. So if there is a plume -- and I don't even
17 need to tie it to this situation.
18         But if there is a plume that occurs at some
19 point in time and there is LNAPL, and let's say it's a
20 somewhat significant plume, so not a small release that
21 happened, there could be insulation that would insulate
22 the hydrocarbon residues and then, as they get further
23 away from the center of the plume, they suffer some
24 weathering. Is that --
25         MR. PAGE: Objection to the form.

Page 85

1  There's at least six different form objections on that
2  question. Lack of foundation, calls for speculation,
3  ambiguous.
4      Q   (By Mr. Johnson) You can answer.
5      A   Okay. So we have a pipeline here and say this
6  is the source of it. And you're right, if we have
7  enough petroleum distillates coming in one place inside
8  the cave we're not going to get much biodegradation as
9  it pools. But as the cave water moves, as the spring
10 water moves we're going to get anaerobic biodegradation,
11 yes.
12     Q   So this is a -- well, for me -- I don't know if
13 it is unique. But for me it's unique because we talk
14 about the fact that there's this karst atmospheric
15 situation and we don't know exactly which way the
16 groundwater travels in this particular area. Is that --
17         MR. PAGE: Object to the form, lack of
18 foundation.
19     Q   (By Mr. Johnson) Do you have any understanding
20 or any knowledge of that?
21     A   Groundwater movement, talk to Dr. Fisher. I'm
22 not a geologist, yeah.
23     Q   Okay. Do you understand there is caverns and
24 caves in this area?
25     A   Yes, sir.

22 (Pages 82 to 85)



Page 178

1  that's where we're getting the petroleum distillates.
2  Now, as far as the exact path on how this goes, again, I
3  don't think anybody knows.
4      Q  And you're not -- you didn't study any drainage
5  flows or drainage patterns or anything like that?
6      A  No, sir, did not.
7      Q  Okay.  And so if they are in completely
8  different drainage patterns, you wouldn't have an
9  opinion about that, would you?
10     A  And again, I'm not a geologist.  I do not know.
11         MR. JOHNSON:  All right.  Let's take a
12 break.  And I think we've been going another hour or so.
13 Take a quick break.
14         THE WITNESS:  Sure.
15         (A break was had from 3:22 to 3:39 p.m.)
16         (Defendant's Exhibit 103 was marked for
17          identification and made a part of the
18          record.)
19     Q  (By Mr. Johnson) Okay.  Doctor, we are back on
20 the record and I have handed you an article titled
21 "Facts and Fallacies:  Petroleum Degradation and a
22 Subsurface Environment."  And it's by Dan McNicoll, Luc
23 Paul Tousignant and Philip Augustine.  It's a 2001
24 article.  Do you think you have seen this before?
25     A  I may have.  I don't remember.

Page 179

1      Q  Okay.  It's not one that stands out?
2      A  No.
3      Q  All right.  Recognizing you haven't seen it,
4  I'm going to ask you a couple of questions about some of
5  the statements in here.  If you could go to page 20.
6         MR. PAGE:  Could I just have a standing
7  objection?  No foundation with these questions --
8         MR. JOHNSON:  Yes.
9         MR. PAGE:  -- as a form objection.  Thank
10 you.
11     Q  (By Mr. Johnson) Do you see the section on
12 right that says "Age Dating"?
13     A  Yes, sir.
14     Q  Okay.  Could you just, to yourself, read those
15 two paragraphs, the first two paragraphs, and I will
16 have a question for you.
17        (The witness reviewed the document.)
18     A  Okay.
19     Q  All right.  So in the second paragraph these
20 authors wrote, "Notwithstanding the obvious
21 unreliability of co-relating weathering and age, there
22 seems to be a widespread misconception that if petroleum
23 with a fresh or non-weathered GC profile" -- I think
24 that's gas chromograph -- chromo -- what does GC stand
25 for?

Page 180

1      A  Gas chromatography.
2      Q  Okay.  Gas chromatography.  Let me start again.
3  "Not withstanding the obvious unreliability of
4  co-relating weather and age, there seems to be a
5  widespread misconception that if petroleum with a fresh
6  or non-weathered GC profile is found in the subsurface
7  it must be of recent origin."  Do you agree with that
8  statement?
9      A  He's saying it's unreliable.  I disagree with
10 this.
11     Q  Okay.
12     A  I disagree with it.
13     Q  All right.  Let's go to the next page.
14  Actually, I want to start at the bottom, sorry, of page
15 20.  The very last sentence says, "They suggest that
16 bioremediation is favored in this zone contact with
17 flowing groundwater occurs (i.e. delivery of dissolved
18 oxygen is made possible and dissolved hydrocarbons may
19 thus be degraded).  Curtis and Lammey go on to suggest
20 that the presence of fresh free product in an old plume
21 can be explained by an 'insulating effect' occurring
22 around the core of the plume."  Do you see with that?
23     A  Yes, sir.
24     Q  Okay.  Do you agree that if there is a plume
25 somewhere, there can be an insulating effect that

Page 181

1  prevents the weathering of the hydrocarbon molecules?
2      A  If -- and not in this case, but in a different
3  case -- if there was a plume and it was highly
4  concentrated, I do agree with that.
5      Q  All right.  You and I are never going to agree,
6  it sounds like, at least this afternoon, that there is a
7  possibility there could be a plume in this environment
8  underneath the Tulip Springs?
9      A  That is correct --
10     Q  Is that right?
11     A  -- due to the definition of what is a plume.
12     Q  Okay.  Tell me what your understanding a plume
13 to be.
14     A  A plume, again, when you have groundwater
15 contamination and you have this kind of dispersion and
16 you're making iso-concentration curves of different
17 concentrations, and let's say it's heading north, that
18 is a plume.  In this situation we have, for lack of a
19 better term, we have a cave.
20     Q  Okay.
21     A  We have --
22     Q  So --
23     A  We have four walls.  When you think about what
24 a cave is, four walls, that it's confined.  We have
25 contamination in a cave.



Page 198

1    A   That is correct. I apologize. That's not
2    correct. My correction. There were two Summa canister
3    air samples that were done inside the cave.
4    Q   Yeah. For the water samples, though.
5    A   Yes, sir, you are correct. But there were also
6    two air samples.
7            MR. JOHNSON: Okay. All right. Let's
8    take one final break and then I'll see if we can either
9    be done or wrap very soon.
10           THE WITNESS: Okay. Great. Thank you,
11   sir.
12           (A break was had from 4:06 to 4:10 p.m.)
13           MR. JOHNSON: We're back on the record.
14           Thank you for your time today, Doctor. I
15   don't have any further questions for you. Appreciate
16   your time.
17           THE WITNESS: Thank you, sir.
18           MR. PAGE: We will read and sign.
19           COURT REPORTER: Mr. Page, would you like
20   to order a copy of the deposition?
21           MR. JOHNSON: Yes, please.
22           COURT REPORTER: Is electronic okay?
23           MR. JOHNSON: Yes.
24           COURT REPORTER: Okay. Thank you.
25           (Deposition concluded at 4:10 p.m.)

Page 199

1            J U R A T   P A G E
2
3
4        I, KENNETH F. EDE, Ph.D., CHMM, do hereby state
5    under oath that I have read the above and foregoing
6    deposition in its entirety and that the same is a full,
7    true and correct transcript of my testimony so given at
8    said time and place, except for the corrections noted.
9
10
11
12           _____
13           KENNETH F. EDE, Ph.D., CHMM
14
15
16
17
18       SUBSCRIBED AND SWORN TO before me, the
19   undersigned Notary Public in and for the State of
20   _____, by said witness, this _____ day
21   of _____, 2022.
22
23
24           _____
             Notary Public
25           My Commission Expires:_____

Page 200

1            C O R R E C T I O N   S H E E T
2
3    Witness: KENNETH F. EDE, Ph.D., CHMM
     Date Reported: 8/26/22
4    Case Style: LAZY S RANCH PROPERTIES LLC v. VALERO
             TERMINALING, et al.
5
     Page  Line   Correction    Reason for Correction
6    ____|____|_____|_____
7    ____|____|_____|_____
8    ____|____|_____|_____
9    ____|____|_____|_____
10   ____|____|_____|_____
11   ____|____|_____|_____
12   ____|____|_____|_____
13   ____|____|_____|_____
14   ____|____|_____|_____
15   ____|____|_____|_____
16   ____|____|_____|_____
17   ____|____|_____|_____
18   ____|____|_____|_____
19   ____|____|_____|_____
20   ____|____|_____|_____
21   ____|____|_____|_____
22   ____|____|_____|_____
23   ____|____|_____|_____
24   ____|____|_____|_____
25   ____|____|_____|_____

Page 201

1            C E R T I F I C A T E
2
3    STATE OF OKLAHOMA  )
4                      ) SS:
5    COUNTY OF OKLAHOMA )
6        I, Trena K. Bloye, Certified Shorthand Reporter
7    within and for the State of Oklahoma, certify that
8    KENNETH F. EDE, Ph.D., CHMM, was by me first duly sworn
9    to testify the truth, the whole truth, and nothing but
10   the truth, in the case aforesaid; that the witness
11   chooses to read and sign the deposition; that the above
12   and foregoing deposition was taken by me in shorthand
13   and thereafter transcribed; that the same was taken on
14   August 26, 2022, at 9:30 a.m., at 1437 South Boulder
15   Avenue, Suite 170, Tulsa, Oklahoma; that I am not an
16   attorney for, nor a relative of any of said parties or
17   otherwise interested in the event of said action.
18       IN WITNESS WHEREOF, I have hereunto set my hand
19   and official seal this 5th day of September, 2022.
20
21
22
23
24           _____
             Trena K. Bloye, CSR
25           State of Oklahoma CSR No. 1522

51 (Pages 198 to 201)

