IN THE UNITED STATES DISTRICT COURT, FOR THE

EASTERN DISTRICT OF OKLAHOMA

CIVIL ACTION NO.:  19-CV-425-JWB

LAZY S RANCH PROPERTIES, LLC,

Plaintiff,

vs.

VALERO TERMINALING AND

DISTRIBUTION COMPANY; VALERO

PARTNERS OPERATING CO., LLC;

and VALERO PARTNERS WYNNEWOOD, LLC,

Defendants.

**EXHIBIT**

**1**

exhibitsticker.com

DEPOSITION

OF

CHRIS TODA

November 21, 2025

REPORTED BY:

Ellie Pickett,

Certified Court Reporter

Page 1

A. Too many to count.

Q. Okay. I believe you mentioned that you have done work for the United States government. Do I have that right?

A. That's correct, through Department of Defense Logistics Agency hires us to do that.

Q. So the Department of Defense Logistics Agency hires Linde to do what types of projects?

A. They are the originator of the project, and then we go through a third -- a mediary that hires us, like an engineering firm, that would hire us to do the actual work.

Q. And what kinds of tests do you do for the Department of Defense?

A. Mainly military bases, government sites, both domestic and global.

Q. Okay. And in those tests for the United States government, is Linde tasked with trying to find leaks in pipelines or tanks?

A. Yes. We either have a known leak and it needs to be found, or we do routine

Page 170

testing on a quarterly, monthly, whatever interval is needed basis, biyearly.

Q. Do you have any -- have you had any success on behalf of Linde working for the Department of Defense in finding leaks in tanks or pipelines using the SeeperTrace technology?

MR. PAGE: Object to the form.

A. Yes.

Q. (BY MR. JOHNSON:) And about how many times do you recall finding leaks at U.S. government bases or, you know, in the testing you were doing?

MR. PAGE: Object to the form.

A. Many of the leaks found on these sites were before I was hired. That is one reason we are testing on an accelerated basis because of these leaks. Personally I can only remember two or three leak locates that we were tasked to perform.

Q. (BY MR. JOHNSON:) Has the U.S. government or the Department of Defense or anybody that works on these bases ever expressed any concern to you or to anyone at

Page 171

Linde that you're aware of that this technology does not work at a high level to identify leaks in a pipeline or a tank?

MR. PAGE: Object to the form.

A. No. It's one of the best technologies to use. A lot of the time we are called out after a different company has identified a pressure loss, and we confirm the leak with that.

Q. (BY MR. JOHNSON:) With respect to the technology at issue, the SeeperTrace technology, in some of the documents I see that it has a trademark note by it. Did Linde trademark that particular name?

A. I -- I don't know when the trademark started. I believe the SeeperTrace name was developed over the years prior to my employment with Linde.

Q. Does Linde disclose -- let me take a step back and talk about tracer gases.

Does Linde use tracer gases in pipelines to determine if it can find a leak?

A. Yes, it does.

Page 172

Q. Okay. And in this case for Valero on this project, did Linde use a tracer gas in the water during the hydrotest?

A. Correct, our most common tracer we used.

Q. And what was that called?

A. Tracer E.

Q. Does Linde share with the public or with other companies or scientists or engineers what the chemical makeup is of Tracer E?

A. It does not. We just inform the client what kind of properties to expect with the tracer and any safety issues, which there are none.

Q. With respect to the Tracer E that was used in this case during the hydrotest, and we are going to talk about inoculation in a moment, but as I understand it, was it added to the water that was being run through the pipeline?

A. That would be the standard procedure. That's really the only way we would

Page 173

44 (Pages 170 - 173)

C E R T I F I C A T E

STATE OF ALABAMA

JEFFERSON COUNTY

I hereby certify that the above and foregoing deposition was taken down by me in stenotype, and the questions and answers thereto were reduced to computer print under my supervision, and that the foregoing represents a true and correct transcript of the testimony given by said witness upon said proceedings.

I further certify that I am neither of counsel nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.

December 10, 2025

*/s/ Ellie Pickett*

/s/ Ellie Pickett, CCR

ACCR LICENSE NO. 278 - Expires 9/30/2026

Transcript Certified On 12/3/2025

Page 206

---

Lazy S Ranch Properties, LLC v. Terminaling, Valero, Et Al.

Chris Toda Job No. 7737095

E R R A T A S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____ _____

Chris Toda                    Date

Page 207

---

Lazy S Ranch Properties, LLC v. Terminaling, Valero, Et Al.

Chris Toda 7737095

ACKNOWLEDGEMENT OF DEPONENT

I, Chris Toda, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____ _____

Chris Toda                  Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

_____ DAY OF _____, 20___.

_____

NOTARY PUBLIC

Page 208

---

David Hall, david.hall@wilsonelser.com

December 10, 2025

RE: Lazy S Ranch Properties, LLC v. Terminaling, Valero, Et Al.

DEPOSITION OF: Chris Toda 7737095

The above-referenced witness transcript is available for read and sign.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those on the attached Errata Sheet.

The witness should sign and notarize the attached Errata pages and return to Veritext at errata-tx@veritext.com.

According to applicable rules or agreements, if the witness fails to do so within the time allotted, a certified copy of the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

Page 209

53 (Pages 206 - 209)