# EXHIBIT 4

## JANUARY 20, 2026, EXPERT REPORT OF JOHN BERTON FISHER, PH.D. – EXHIBIT 5

## PAPER COPY PREVIOUSLY PROVIDED TO THE COURT BY PLAINTIFF DUE TO VOLUMINOUS NATURE OF REPORT